# EXHIBIT 5

## (Sample EEO-1 Form)

**Joint Reporting Committee**
- **Equal Employment Opportunity Commission**
- **Office of Federal Contract Compliance Programs (Labor)**

## EQUAL EMPLOYMENT OPPORTUNITY

### EMPLOYER INFORMATION REPORT EEO—1

Standard Form 100
REV. 01/2006

O.M.B.No. 3048-0007
FORM APPROVAL: www.reginfo.gov/public/do/PRAMain
100-214

### Section A—TYPE OF REPORT
Refer to instructions for number and types of reports to be filed.

1. Indicate by marking in the appropriate box the type of reporting unit for which this copy of the form is submitted (MARK ONLY ONE BOX).

   (1) ☐ Single-establishment Employer Report

   Multi-establishment Employer:
   (2) ☒ Consolidated Report (Required)
   (3) ☒ Headquarters Unit Report (Required)
   (4) ☒ Individual Establishment Report (submit one for each establishment with 50 or more employees)
   (5) ☒ Special Report

2. Total number of reports being filed by this Company (Answer on Consolidated Report only) _____

| Section B—COMPANY IDENTIFICATION (To be answered by all employers) | OFFICE USE ONLY |
|---|---|
| 1. Parent Company | |
| a. Name of parent company (owns or controls establishment in item 2) omit if same as label | a. |
| Address (Number and street) | b. |
| City or town / State / ZIP code | c. |
| 2. Establishment for which this report is filed. (Omit if same as label) | • |
| a. Name of establishment | d. |
| Address (Number and street) / City or Town / County / State / ZIP code | e. |
| b. Employer Identification No. (IRS 9-DIGIT TAX NUMBER) | f. |
| c. Was an EEO–1 report filed for this establishment last year? ☐ Yes ☐ No | |

### Section C—EMPLOYERS WHO ARE REQUIRED TO FILE (To be answered by all employers)

☐ Yes ☐ No 1. Does the entire company have at least 100 employees in the payroll period for which you are reporting?

☐ Yes ☐ No 2. Is your company affiliated through common ownership and/or centralized management with other entities in an enterprise with a total employment of 100 or more?

☐ Yes ☐ No 3. Does the company or any of its establishments (a) have 50 or more employees AND (b) is not exempt as provided by 41 CFR 60–1.5, AND either (1) is a prime government contractor or first-tier subcontractor, and has a contract, subcontract, or purchase order amounting to $50,000 or more, or (2) serves as a depository of Government funds in any amount or is a financial institution which is an issuing and paying agent for U.S. Savings Bonds and Savings Notes?

If the response to question C–3 is yes, please enter your Dun and Bradstreet identification number (if you have one): ☐☐☐☐☐☐☐☐☐

NOTE: If the answer is yes to questions 1, 2, or 3, complete the entire form, otherwise skip to Section G.

EXHIBIT

5

exhibitsticker.com

01399

SF 100 – Page 2

## Section D-EMPLOYMENT DATA

Employment at this establishment – Report all permanent full- and part-time employees including apprentices and on-the-job trainees unless specifically excluded as set forth in the instructions. Enter the appropriate figures on all lines and in all columns. Blank spaces will be considered as zeros.

| Job Categories | | Number of Employees (Report employees in only one category) | | | | | | | | | | | | | | Total Col A - N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Race/Ethnicity | | | | | | | | | | | | | | |
| | | Hispanic or Latino | | Not-Hispanic or Latino | | | | | | | | | | | | |
| | | | | Male | | | | | | Female | | | | | | |
| | | Male | Female | White | Black or African American | Native Hawaiian or Other Pacific Islander | Asian | Aamerican Indian or Alaska Native | Two or more races | White | Black or African American | Native Hawaiian or Other Pacific Islander | Asian | American Indian or Alaska Native | Two or more races | |
| | | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
| Executive/Senior Level Officials and Managers | 1.1 | | | | | | | | | | | | | | | |
| First/Mid-Level Officials and Managers | 1.2 | | | | | | | | | | | | | | | |
| Professionals | 2 | | | | | | | | | | | | | | | |
| Technicians | 3 | | | | | | | | | | | | | | | |
| Sales Workers | 4 | | | | | | | | | | | | | | | |
| Administrative Support Workers | 5 | | | | | | | | | | | | | | | |
| Craft Workers | 6 | | | | | | | | | | | | | | | |
| Operatives | 7 | | | | | | | | | | | | | | | |
| Laborers and Helpers | 8 | | | | | | | | | | | | | | | |
| Service Workers | 9 | | | | | | | | | | | | | | | |
| TOTAL | 10 | | | | | | | | | | | | | | | |
| PREVIOUS YEAR TOTAL | 11 | | | | | | | | | | | | | | | |

1. Date(s) of payroll period used: _____ (Omit on the Consolidated Report.)

## Section E - ESTABLISHMENT INFORMATION (Omit on the Consolidated Report.)

1.  What is the major activity of this establishment? (Be specific, i.e., manufacturing steel castings, retail grocer, wholesale plumbing supplies, title insurance, etc. Include the specific type of product or type of service provided, as well as the principal business or industrial activity.)

## Section F - REMARKS

Use this item to give any identification data appearing on the last EEO-1 report which differs from that given above, explain major changes in composition of reporting units and other pertinent information.

## Section G - CERTIFICATION

Check one
1 ☐ All reports are accurate and were prepared in accordance with the instructions. (Check on Consolidated Report only.)
2 ☐ This report is accurate and was prepared in accordance with the instructions.

| Name of Certifying Official | Title | Signature | Date |
|---|---|---|---|
| Name of person to contact regarding this report | Title | Address (Number and Street) | |
| City and State | Zip Code | Telephone No. (including Area Code and Extension) | Email Address |

All reports and information obtained from individual reports will be kept confidential as required by Section 709(e) of Title VII.
WILLFULLY FALSE STATEMENTS ON THIS REPORT ARE PUNISHABLE BY LAW, U.S. CODE, TITLE 18, SECTION 1001

01400