Randy M. Andrus (10392)
**ANDRUS LAW FIRM, LLC**
299 South Main Street, Suite 1395
Salt Lake City, Utah 84111-2241
Telephone: (801) 535-4645
Email: Randy@andrusfirm.com

*Attorney for Plaintiffs*

David T. Barton (Utah Bar No. 6176)
Benjamin J. Naylor (admitted *pro hac vice)*
**BURNSBARTON PLC**
2201 E. Camelback Rd., Suite 360
Phoenix, Arizona 85016
Telephone: (602) 753-4500
david@burnsbarton.com
ben@burnsbarton.com

*Attorney for Defendants*

---

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| **ADEMOLA ADETULA;**<br>**HOMER STRICKLAND;**<br><br>Plaintiffs,<br><br>vs.<br><br>**UNITED PARCEL SERVICE, INC.; UNITED PARCEL SERVICE GENERAL SERVICES CO.; DOES** 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00612-HCN-DAO<br><br>**JOINT STATUS REPORT RE DOCKET TEXT ORDER 160**<br><br>Honorable Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Daphne A. Oberg |

Pursuant to the Court's directives at the hearing and Minute Order of November 10, 2020 (ECF 155) and the Court's Docket Text Order dated December 17, 2020 (ECF 160), Plaintiffs Ademola Adetula and Homer Strickland, and Defendants United Parcel Service, by and through counsel of record, respectfully submit this Joint Status Report regarding mediation would be helpful to resolve this case.

The parties have exchanged offers and counter-offers, have conferred, and agree that it does not seem that mediation would be helpful or effective.

DATED this 5th day of February 2021

ANDRUS LAW FIRM, LLC

BY: /s/ Randy M. Andrus
RANDY M. ANDRUS
*Attorney for Plaintiffs*

DATED this 5th day of February 2021

BURNSBARTON PLC

BY: /s/ Benjamin J. Naylor [1]
BENJAMIN J. NAYLOR
*Attorney for Defendants*

1 Authorized to sign by email on February 5, 2021.

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of February 2021, a true and correct copy of the **JOINT STATUS REPORT RE DOCKET TEXT ORDER 160** was mailed via electronic, U.S. mail postage prepaid and/or CM/ECF, to the following:

David T. Barton, Esq. VIA CM/ECF
Benjamin J. Naylor, Esq.
BurnsBarton LLP
Anchor Centre West
2201 E. Camelback Road, Suite 360
Phoenix, Arizona 85016
Telephone: (602) 753-4500
david@burnsbarton.com
ben@burnsbarton.com
*Attorneys for Defendants*
UNITED PARCEL SERVICE, INC.
UNITED PARCEL SERVICE GENERAL SERVICES CO.

Thomas D. Walk, Esq. VIA CM/ECF
Kirton McConkie
Key Bank Tower
36 South State Street, Suite 1900
P.O. Box 45120
Salt Lake City, Utah 84145-0120
Telephone: (801) 328-3600
twalk@kmclaw.com
*Attorneys for Defendants*
UNITED PARCEL SERVICE, INC.
UNITED PARCEL SERVICE GENERAL SERVICES CO.

/s/ Randy M. Andrus