Randy M. Andrus (10392)
**ANDRUS LAW FIRM, LLC**
299 South Main Street, Suite 1395
Salt Lake City, Utah 84111-2241
Telephone: (801) 535-4645
Email: Randy@andrusfirm.com

*Attorney for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| **ADEMOLA ADETULA;**<br>**HOMER STRICKLAND;**<br><br>Plaintiffs,<br>vs.<br><br>**UNITED PARCEL SERVICE, INC.; UNITED PARCEL SERVICE GENERAL SERVICES CO.; DOES** 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00612-HCN-DAO<br><br>**REQUEST TO SUBMIT DEFENDANTS' MOTION TO CONSOLIDATE WITH CASE NO. 2:20-cv-00822-DBB-DAO [ECF NO. 163]**<br><br>[Fed. R. Civ. P. 42; DUCivR 42-1]<br><br>Honorable Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Daphne A. Oberg |

Plaintiffs, by and through counsel of record, respectfully submit for decision, Defendants' Motion to Consolidate (ECF No. 163).

The following related documents are on file with the Court:

Defendants' Motion was filed July 6, 2021 (ECF No. 163);

Plaintiffs' Opposition was filed on July 20, 2021 (ECF No. 167); and

Defendants' Reply was filed August 3, 2021 (ECF No. 168).

Accordingly, this matter is now ready to be submitted for decision.

Respectfully Submitted,

DATED this 4th day of August 2021 **ANDRUS LAW FIRM, LLC**

BY: /s/ Randy M. Andrus
**RANDY M. ANDRUS**
*Attorney for Plaintiffs*
**ADEMOLA ADETULA**
**HOMER STRICKLAND**

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August 2021, a true and correct copy of the **REQUEST TO SUBMIT DEFENDANTS' MOTION TO CONSOLIDATE WITH CASE NO. 2:20-cv-00822-DBB-DAO [163]** was mailed via U.S. mail, postage prepaid and/or CM/ECF, to the following:

David T. Barton, Esq. VIA CM/ECF
Benjamin J. Naylor, Esq.
BurnsBarton LLP
Anchor Centre West
2201 E. Camelback Road, Suite 360
Phoenix, Arizona 85016
Telephone: (602) 753-4500
david@burnsbarton.com
ben@burnsbarton.com
*Attorneys for Defendants*
UNITED PARCEL SERVICE, INC.
UNITED PARCEL SERVICE GENERAL SERVICES CO.

Thomas D. Walk, Esq. VIA CM/ECF
Kirton McConkie
Key Bank Tower
36 South State Street, Suite 1900
P.O. Box 45120
Salt Lake City, Utah 84145-0120
Telephone: (801) 328-3600
twalk@kmclaw.com
*Attorneys for Defendants*
UNITED PARCEL SERVICE, INC.
UNITED PARCEL SERVICE GENERAL SERVICES CO.

Bryan K. Benard, Esq.
Holland & Hart LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801) 799-5800
bbenard@hollandhart.com
*Attorneys for Defendants*
UNITED PARCEL SERVICE, INC.
UNITED PARCEL SERVICE GENERAL SERVICES CO.

VIA CM/ECF

Steven M. Gutierrez, Esq.
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, Colorado 80202-3921
Telephone: (303) 295-8000
sgutierrez@hollandhart.com
*Attorneys for Defendants*
UNITED PARCEL SERVICE, INC.
UNITED PARCEL SERVICE GENERAL SERVICES CO.

VIA CM/ECF

/s/ Randy M. Andrus