Randy M. Andrus (10392)
**ANDRUS LAW FIRM, LLC**
299 South Main Street, Suite 1395
Salt Lake City, Utah 84111-2241
Telephone: (801) 400-9860
Email: randy@andrusfirm.com

*Attorney for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| **ADEMOLA ADETULA;**<br>**HOMER STRICKLAND;**<br><br>Plaintiffs,<br><br>vs.<br><br>**UNITED PARCEL SERVICE, INC.; UNITED PARCEL SERVICE GENERAL SERVICES CO.; DOES** 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00612-HCN-DAO<br><br>**PLAINTIFFS' MOTION *IN LIMINE* #1 TO EXCLUDE ANY ACTIONS, INCLUDING OF ANY RULINGS OR DISMISSALS, OF THE EEOC OR OF THIS COURT ON ANY OF PLAINTIFFS' COMPLAINTS, CLAIMS, OR CAUSES OF ACTION DISMISSED**<br><br>Honorable Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Daphne A. Oberg<br><br>***Consolidated With*** |
| **ADEMOLA ADETULA;**<br>**HOMER STRICKLAND;**<br><br>Plaintiffs,<br>vs.<br><br>**UNITED PARCEL SERVICE, INC.; UNITED PARCEL SERVICE GENERAL SERVICES CO.; DOES** 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00822- HCN-DAO<br><br>Complaint 1 Filed: July 31, 2018<br>Complaint 2 Filed: November 20, 2020<br>Final Pretrial Conference: October 5, 2026<br>Jury Selection: October 23, 2026<br>Jury Trial: October 23−November 23, 2026 |

**PLEASE TAKE NOTICE** that Plaintiffs hereby move this Court for orders restricting references or introduction into evidence of certain irrelevant, improper, or prejudicial matters.

**RELIEF SOUGHT**

Plaintiffs seek an order excluding the defense from making any reference to or the introduction of any rulings or dismissals of any charges of discrimination, investigations, or findings on any of Plaintiffs' complaints, claims, or causes of action, including any no cause findings, dismissals of same, or summary judgment, by any governmental agency including the U.S. Equal Opportunity Commission ("EEOC") or by this Court.

**MEMORANDUM OF LAW**

This Motion *in Limine* is based upon the grounds that certain matters are irrelevant, improper, and their probative value do not outweigh the otherwise prejudicial effect such matters would have to Plaintiffs. Examples of such matters to be excluded include, without limitation, to references or assertions by Defendants of:

**1. EEOC rulings, investigations, findings, dismissals of any of Plaintiffs' Charges of Discrimination.** Plaintiffs engaged in protected activities, including the filing of Charges of Discrimination, including for race, color, national origin, harassment, age and retaliation. How the EEOC investigated or ruled on the various claims is irrelevant for what is before the jury in this case. While the EEOC or OFCCP may or may not have investigated or ruled on the merits of any of these claims is irrelevant. Plaintiffs timely filed for and received Right to Sue Letters (Complaint 1, ECF No. 2, Exhibits A−C; consolidated Case 2, ECF No. 2, Exhibits 1−2). Even if relevant, such

matters should be excluded in this case as its probative value is substantially outweighed by a danger of creating unfair prejudice, confusing the issues, misleading the jury, undue delay, or wasting time. Rule 403.

**2. This Court's rulings, findings, dismissals of any of Plaintiffs' Claims or Causes of Action.** Plaintiffs engaged in protected activities, including the filing of this Action, including for race, color, national origin, harassment, age retaliation, and other claims and causes of action. Some of Plaintiffs' claims and causes of action were ruled out on summary judgment motions (Dkts. 158 Case 1, and 354 consolidated Case 2). The facts and particulars of the ruled out are irrelevant for what is before the jury in this case. References by the defense that, the descriptions, and the particulars should be excluded in this case as their probative value is substantially outweighed by a danger of creating unfair prejudice, confusing the issues, misleading the jury, undue delay, or wasting time. Rule 403.

This motion is based on this supporting Memorandum, the pleadings and papers on file in this action, and upon such of the argument and evidence as may be presented prior to or at the hearing of this matter.

DATED this 31st day of August 2026 **ANDRUS LAW FIRM, LLC**

BY: /s/ Randy M. Andrus
**RANDY M. ANDRUS**
*Attorney for Plaintiffs*
**ADEMOLA ADETULA**
**HOMER STRICKLAND**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of August 2026, a true and correct copy of the **PLAINTIFFS' MOTION *IN LIMINE* #1 TO EXCLUDE ANY ACTIONS, INCLUDING OF ANY RULINGS OR DISMISSALS, OF THE EEOC OR OF THIS COURT ON ANY OF PLAINTIFFS' COMPLAINTS, CLAIMS, OR CAUSES OF ACTION DISMISSED [with (Proposed) Order]** was mailed via U.S. mail, postage prepaid and/or CM/ECF, to the following:

Matthew L. Lalli
Ryan S. Alba
Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
mlalli@swlaw.com
ralba@swlaw.com
*Attorneys for Defendants*
UNITED PARCEL SERVICE, INC.
UNITED PARCEL SERVICE GENERAL SERVICES CO.

VIA CM/ECF

Jennifer R. Yee (*pro hac vice*)
Snell & Wilmer L.L.P.
One East Washington Street, #2700
Phoenix, Arizona 85004
Telephone: (602) 382-6565
jryee@swlaw.com
*Attorneys for Defendants*
UNITED PARCEL SERVICE, INC.
UNITED PARCEL SERVICE GENERAL SERVICES CO.

VIA CM/ECF

/s/ Randy M. Andrus