# EXHIBIT B
# FILED UNDER SEAL